# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0381.  BRIAN C. LAVERENZ v. CELIA A. LAVERENZ.**

On February 24, 2017, Brian C. Laverenz filed this discretionary application from an order entered on October 20, 2016 that denied his motion for new trial.[1] Laverenz seeks to challenge rulings relating to his child support obligations. We lack jurisdiction because this application was untimely filed.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  This application, filed 127 days after entry of the contested order, is untimely and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/28/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Laverenz filed his application in the Georgia Supreme Court, which transferred the application to this Court.